NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Argued January 14, 2011
Decided January 20, 2011

WILLIAM J. BAUER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

No. 10-2649

| | |
|---|---|
| JOHNNY L. SANDERS,<br>    *Plaintiff-Appellant,*<br><br>    *v.*<br><br>CITY OF INDIANAPOLIS, et al.,<br>    *Defendants-Appellees.* | Appeal from the United States District<br>Court for the Southern District of Indiana,<br>Indianapolis Division.<br><br>No. 09 C 622<br><br>Sarah Evans Barker, *Judge*. |

**O R D E R**

This case is affirmed for the reasons stated by the district court.